COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Michele Lee Willis v. Scott R. Ensell

Appellate case number:    01-20-00583-CV

Trial court case number:  2019-72253

Trial court:                     80th District Court of Harris County

On July 8, 2021, this Court issued an order, striking appellant's brief and ordering her to file a corrected brief within 30 days, and denied appellee's October 27, 2020 motion to dismiss. Appellee has filed a motion to reconsider the trial court's denial of appellee's motion to dismiss. In this motion, appellee raises three complaints: (1) the motion was denied by one justice when it should have been addressed by a panel of three justices; and (2) the order erroneously denied dismissal on grounds A-E raised in the motion to dismiss; and (3) the order failed to address grounds F and G raised in the motion.

Regarding appellee's first complaint, the rules do not require a panel to rule on a motion unless the ruling is acting on a petition for extraordinary relief or dismissing or otherwise determining an appeal. *See* TEX. R. APP. P. 10.4(a). Regarding appellee's second complaint about the Court's denial of the motion to dismiss as to lack of jurisdiction and the failure to file the clerk's record, the clerk's record has now been filed and thus, this complaint is moot. Appellee also contends that the notice of appeal is defective, but it and the amended notice of appeal were timely filed and indicate appellant's desire to appeal from the final judgment. This is sufficient to invoke this Court's jurisdiction. *See Stumhoffer v. Perales*, 459 S.W.3d 158, 162 (Tex. App.— Houston [1st Dist.] 2015, pet. denied) (citing to *Warwick Towers Council of Co-Owners ex rel. St. Paul Fire & Marine Ins. Co. v. Park Warwick, L.P.*, 244 S.W.3d 838, 839 (Tex. 2008)).

Lastly, appellee asserts that the order failed to address appellee's complaints that the appeal lacks a legal and factual basis and is frivolous. The unaddressed grounds are more appropriately raised in appellee's brief.

Accordingly, we deny the motion to reconsider.

It is so ORDERED.


Judge's signature: _____Justice Peter Kelly_____
☐ Acting individually    ☑ Acting for the Court

Panel includes Justices Kelly, Hightower, and Farris.

Date:   ___November 9, 2021___